```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

Robert Curtis; Leigh Curtis;
Leigh Curtis as mother and
guardian of minor child CT

    v.                                    Civil No. 14-cv-025-LM

Solitude Ski Corporation;
Gary Deseelhort and entities
of which he is a manager,
officer, partner and/or director

## **O R D E R**

Plaintiffs seek to recover damages resulting from an accident in which Richard Curtis skied off an unmarked cliff in a ski area in Utah.  In document no. 6, defendants move to dismiss for lack of personal jurisdiction.  In the alternative, they argue that "[t]he only proper venue for this action is the United States District Court for the District of Utah, Central Division."  Defs.' Mot. to Dismiss (Doc. no. 6) ¶ 3.  In their memorandum of law in opposition to defendants' motion, plaintiffs "concede that under 28 U.S.C. § 1391, the only proper venue for the written action is the Utah Federal District Court."  Pls.' Mem. of Law (doc. no. 15) 2.  Like defendants, plaintiffs ask the court to transfer this case to the Central Division of the United States District Court for the District of Utah.  See doc. no. 6, at 2; doc. no. 15, at 2.  In light of the

foregoing, this case is hereby transferred to the United States District Court for the District of Utah, Central Division. See 28 U.S.C. § 1404(a).

SO ORDERED.

_____
Landya McCafferty
United States District Judge

June 6, 2016

cc:   Silas Little, III, Esq.
      Thomas B.S. Quarles, Jr., Esq.